IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ADVANCE MORTGAGE & INVESTMENT COMPANY, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-00269-N |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

## UNITED STATES OF AMERICA'S *UNOPPOSED* MOTION TO STAY THE CASE AND EXTEND THE NOVEMBER 10, 2025 DEADLINE BY WHICH THE PARTIES MUST MEET AND FILE A RULE 26(f) REPORT, IN LIGHT OF THE LAPSE IN APPROPRIATIONS

Because of the lapse in appropriations that fund the U.S. Department of Justice (the "Department"), the defendant, United States of America, moves for a stay of the entirety of the above-captioned case effective October 1, 2025, and an extension of the November 10, 2025 deadline by which the parties must meet and file a report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (*see* Doc. 19) to a date that is fourteen (14) days after the day on which Congress has restored funding to the Department.

**1.** On July 1, 2025, the plaintiff, Advance Mortgage & Investment Company, LLC, filed a complaint, seeking to recover a refund of approximately $1.2 million, plus interest, for the tax periods ended March 31, June 30, and September 30, 2021, on the grounds that it is entitled to claim an employee retention credit for each of the above tax periods. *See* Doc. 1.

**2.** On September 23, 2025, the United States answered the plaintiff's complaint, denying that the plaintiff was entitled to the refund it seeks in its complaint. *See* Doc. 18.

**3.** On September 25, 2025, the Court ordered, *inter alia*, that the parties "meet and file a report pursuant to Fed.R.Civ.P. 26(f) as soon as practicable but not later than **November 10, 2025**" (the "Rule 26(f) Report deadline"). *See* Doc. 19, p. 1 (emphasis in the original).

4.  At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and the appropriations to the Department lapsed.

5.  Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." *See* 31 U.S.C. § 1342. The Department does not know when Congress will restore its funding.

6.  Undersigned counsel for the Department of Justice therefore requests a stay of the entirety of this case effective October 1, 2025, and until such time as Congress has restored funding to the Department.

7.  Undersigned counsel also requests that the Court extend the current Rule 26(f) Report deadline from November 10, 2025, to a date that is fourteen (14) days after the day on which Congress has restored appropriations to the Department.

8.  Plaintiff's counsel has authorized counsel for the United States to advise the Court that that they have no objections to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of the entirety of this case effective October 1, 2025, and until such time as the Department of Justice attorneys are permitted to resume their usual civil litigation functions. The United States also requests an extension of the Rule 26(f) Report deadline in the manner described in paragraph 7, above.

Dated this 27th day of October 2025.

Respectfully submitted,

*/s/ Lynne M. Murphy*
LYNNE M. MURPHY
Trial Attorney, Tax Division
U.S. Department of Justice
La. Bar No. 20465
D.C. Bar No. 485928
P.O. Box 14198
Ben Franklin Station

Washington, D.C. 20044
Telephone: (202) 514-5881
E-mail: lynne.m.murphy@usdoj.gov

OF COUNSEL:

SEAN P. COSTELLO
United States Attorney

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing United States of America's *Unopposed* Motion To Stay the Case and Extend the November 10, 2025 Deadline By Which the Parties Must Meet and File a Rule 26(f) Report, In Light of the Lapse In Appropriations, and Proposed Order, has this 27th day of October 2025, been made by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which sends e-mail notification of such filing to the following attorneys of record:

> Matthew W. Smith, Esq.
> mws@ajlaw.com
>
> Justin H. DiLauro, Esq.
> JHD@DiLauroTaxLaw.com

>                             */s/ Lynne M. Murphy*
>                             Trial Attorney, Tax Division
>                             U.S. Department of Justice
>                             P.O. Box 14198
>                             Ben Franklin Station
>                             Washington, D.C. 20044

13540772.1